FILED
CLERK U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

1 Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
2 Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
3 Regina Y. Yeh (SBN 266019)
4 regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
5 300 Corporate Pointe, Suite 355
6 Culver City, California 90230
Telephone: (310) 590-1820
7 Facsimile: (310) 417-3538
8
9 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KWDZ MANUFACTURING, LLC, a California Corporation; ROSS STORES, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 11-08348 SVW (JEMx)<br>*Honorable Stephen v. Wilson Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |

/ / /

/ / /

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE

1  Having reviewed the Stipulation for Dismissal and finding good cause thereon,
2  IT IS HEREBY ORDERED THAT:
3    1.  This action is hereby dismissed with prejudice; and
4    2.  Each party is to bear its own costs and fees incurred against each other.

Date: March 23, 2012

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE